■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McCORQUODALE, Appellant. [642 NYS2d 826] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: Defendant appeals from a judgment convicting him, upon a guilty plea, of driving while intoxicated as a felony in satisfaction of two indictments. County Court sentenced defendant to a term of imprisonment of $1^{1}/_{3}$ to 4 years, fined him $1,000, and ordered that his driver's license be revoked "forever". As the People concede, the minimum period of revocation for this offense is one year (*see,* Vehicle and Traffic Law § 1193 [2] [b] [3]). Defendant may apply for a new license within 45 days prior to the

expiration of the minimum period of revocation (*see,* Vehicle and Traffic Law § 1193 [2] [e] [6]). Whether a new license shall then be issued is left to the discretion of the Commissioner of Motor Vehicles (*see,* Vehicle and Traffic Law § 1193 [2] [c]). Thus, the judgment must be modified accordingly. Upon our review of the record, we conclude that the $1,000 fine is not excessive.

We reject the contention of defendant in his *pro se* supplemental brief that he was denied effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137, 147). We have examined defendant's remaining contentions and conclude that they lack merit. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Felony Driving While Intoxicated.) Present—Denman, P. J., Pine, Fallon, Balio and Boehm, JJ.